IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00228-MR-DLH

CATHY KAUFMAN and STACY KAUFMAN, )
)
)
Plaintiffs, )
)
vs. )
)
BANK OF AMERICA, N.A., )
)
Defendant. )
_____ )

## J U D G M E N T

**FOR THE REASONS STATED** in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED**.

Signed: November 13, 2014

Martin Reidinger
United States District Judge